Case 18-03276 Document 22 Filed in TXSB on 05/25/18 Page 1 of 4
Case 18-33836 Document 502-2 Filed in TXSB on 08/20/18 Page 1 of 4

4/3/2018 2:36 PM
Chris Daniel - District Clerk Harris County
Envelope No. 23608922
By: Joshua Bovell
Filed: 4/3/2018 2:36 PM

CAUSE NO. 2017-73050

| | | |
|---|---|---|
| **INFINITY EMERGENCY MANAGEMENT GROUP, LLC** | § § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| **v.** | § § | |
| | § | HARRIS COUNTY, TEXAS |
| **NEIGHBORS HEALTH SYSTEM, INC., NEIGHBORS HEALTH, LLC, NEIGHBORS INVESTMENT GROUP, LLC, NEIGHBORS GP, LLC, SETUL G. PATEL, M.D., PAUL ALLEYNE, M.D., MICHAEL CHANG, M.D., ANDY CHEN, M.D., CYRIL GILLMAN, M.D., QUANG HENDERSON, M.D., DHARMESH PATEL, M.D., AND HITESH PATEL, M.D.** | § § § § § § § § § | |
| *Defendants.* | § | **269TH JUDICIAL DISTRICT** |

### RULE 11 STIPULATION OF DEFENDANTS' JOINDER IN THE <u>AGREED STIPULATION AND PROTECTIVE ORDER</u>

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Rule 11 of the Texas Rules of Civil Procedure, the parties to this case hereby consent and stipulate that Defendants, Neighbors Investment Group, LLC ("NIG"), Setul G. Patel, M.D., Paul Alleyne, M.D., Michael Chang, M.D., Andy Chen, M.D., Cyril Gillman, M.D., Quang Henderson, M.D. and Hitesh Patel, M.D. (collectively, "Individual Defendants") are parties to, joined in, and are afforded all rights and obligations under, the Agreed Stipulation and Protective Order ("Protective Order") signed by the Court on February 5, 2018.

**I.**

1. On January 31, 2018, Plaintiff, Infinity Emergency Management Group, LLC ("Infinity") and Defendants, Neighbors Health System, Inc., Neighbors Health, LLC, and Neighbors GP, LLC (collectively "Neighbors") filed the Protective Order.

1

2.  The Protective Order inadvertently omitted reference to, and a signature on behalf of, NIG and the Individual Defendants.

3.  The Protective Order was subsequently signed by the Court on February 5, 2018.

## II.

4.  As a result of the omission, the parties to this case file this Rule 11 agreement consenting and stipulating that NIG and the Individual Defendants are parties to, joined in, and are afforded all rights and obligations under, the Protective Order.

5.  The attorneys' signatures on this document are evidence of their intent that this document be a Rule 11 Agreement, enforceable upon filing with the Court. Tex. R. Civ. P. 11.

      **AGREED:**

      **ADAMS AND REESE LLP**

By:   */s/ Coleman M. Proctor*
      Staton M. Childers
      State Bar No.: 00796348
      Staton.Childers@arlaw.com
      Coleman M. Proctor
      Coleman.Proctor@arlaw.com
      State Bar No.: 24073536
      LyondellBasell Tower
      1221 McKinney, Suite 4400
      Houston, TX 77010
      Telephone:  (713) 652-5151
      Facsimile:  (713) 652-5152

*Attorneys for Defendants, Neighbors Investment Group, LLC, Setul G. Patel, M.D., Paul Alleyne, M.D., Michael Chang, M.D., Andy Chen, M.D., Cyril Gillman, M.D., Quang Henderson, M.D. and Hitesh Patel, M.D.*

**HENDERSHOT, CANNON & HISEY, PC**

By: */s/ Benjamin J. Hisey*
Simon W. Hendershot, III
State Bar No.: 09417200
trey@hcmhlaw.com
Benjamin L. Hisey
State Bar No.: 24074416
bhisey@hcmhlaw.com
Raymond L. Panneton
State Bar No.: 24082079
rpanneton@hcmhlaw.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783 2809

*Attorneys for Plaintiff, Infinity Emergency Management Group, LLC*

**PORTER HEDGES LLP**

By: */s/ Clay M. Steely*
John F. Higgins
State Bar No.: 09597500
jhiggins@porterhedges.com
Clay M. Steely
State Bar No.: 00791725
csteely@porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6669
Facsimile: (713) 226-6269

*Attorneys for Defendants, Neighbors Health System, Inc., Neighbors Health, LLC and Neighbors GP, LLC*

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been sent via email and electronic service on the 3rd day of April, 2018, to the following counsel of record:

| | |
|---|---|
| Mr. Simon W. Hendershot, III | **Via Email: Trey@hcmhlaw.com** |
| Ms. Christy L. Martin | **Via Email: CMartin@hcmhlaw.com** |
| Mr. Benjamin L. Hisey | **Via Email: bhisey@hcmhlaw.com** |
| Mr. Raymond L. Panneton | **Via Email: RPanneton@hcmhlaw.com** |
| Hendershot, Cannon, Martin & Hisey, PC | |
| 1800 Bering Dr., Suite 600 | |
| Houston, Texas 77057 | |
| | |
| Mr. John F. Higgins | **Via Email: jhiggins@porterhedges.com** |
| Mr. Clay M. Steely | **Via Email: csteely@porterhedges.com** |
| Porter Hedges, LLP | |
| 1000 Main Street, 36th Floor | |
| Houston, Texas 77002 | |

                                                    */s/ Coleman M. Proctor*
                                                    **COLEMAN M. PROCTOR**