IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| NEIGHBORS LEGACY HOLDINGS, INC., | § § | CASE NO. 18-33836-H1-11 (Chapter 11) |
| Debtor. | § § | |
| INFINITY EMERGENCY MANAGEMENT GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | ADV. P. NO. 18-3276 |
| NEIGHBORS HEALTH SYSTEM, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER ON DEFENDANTS, DHARMESH PATEL, M.D AND NEIGHBORS INVESTMENT GROUP, LLC'S MOTION TO DISMISS BASED UPON LACK OF STANDING AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Before the Court is Defendants, Dharmesh Patel, M.D. and Neighbors Investment Group, LLC's Motion to Dismiss for Lack of Standing and Failure to State a Claim Upon Which Relief May be Granted.

Upon consideration, the Court finds that the Motion should be and is hereby **GRANTED**. Accordingly, it is hereby **ORDERED** that all of Plaintiff's Claims are Dismissed against them for Lack of Standing and Failure to State a Claim Upon Which Relief May be Granted.

_____
U.S. BANKRUPTCY JUDGE