

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/19/2019

| | | |
|---|---|---|
| IN RE: | § | |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** | § | **CASE NO: 18-33836** |
| *et al* | § | |
| Debtor(s) | § | |
| | § | **CHAPTER  11** |
| | § | |
| **INFINITY EMERGENCY MANAGEMENT** | § | |
| **GROUP, LLC** | § | |
| Plaintiff(s) | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 18-03276** |
| | § | |
| | § | |
| **NEIGHBORS HEALTH SYSTEM, INC.,** *et* | § | |
| *al* | § | |
| Defendant(s) | § | |

## ORDER

The Court will hold an initial trial on the following limited issues:

1. What entity owned the business that was operated at the Edgemere/Eastside Emergency Center located in El Paso, Texas?

2. What entity owned the business that was operated at the Zaragoza Emergency Center located in El Paso, Texas?

The Unsecured Creditor Trustee of the Unsecured Creditor Trust established under the confirmed First Amended Joint Plan of Liquidation of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code (the "Plan") shall be substituted as party of record for Neighbors Health Systems, Inc., Neighbors Health, LLC, and Neighbors GP, LLC. The Plaintiff may pursue its claims against the Unsecured Creditor Trust for purposes of payment of any allowed general unsecured proof of claim. The Unsecured Creditor Trustee shall be permitted to participate in the above-referenced adversary proceedings in all respects on behalf of the Debtor Defendants.

The parties may conduct document discovery on the issues above, and subpoenas may be issued to third parties. Parties will have fourteen (14) days to respond to requests for documents. Discovery requests and responses to requests may be served electronically.

The parties may seek documents from the Liquidating Trustee and any other party in possession, custody or control of the documents of any of the Liquidating Debtors as that term is defined in the Plan.

The Court will hold a status conference on July 1, 2019 at 10:00 a.m. to consider what depositions or additional discovery is needed and to set a schedule for trial and dispositive motions.

SIGNED **May 17, 2019.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE