

# neighbors
## HEALTH SYSTEM

# LENDER PRESENTATION

OCTOBER 13, 2015

PLAINTIFF'S EXHIBIT 31

# PAYMENT AND REIMBURSMENT OVERVIEW

- The Company generates patient-service revenue by collecting fees for the care provided in its facilities, and revenue is recognized when services are rendered to patients

- Net revenue per visit averaged approximately $4,220 YTD 2015 through June 30 (Facility, Technical and Professional Fees)

- Facility fees, professional services fees, and other related fees are billed separately and collected from commercially managed care companies, directly from patients or from other third-party payors, based on the patient's ER benefits

- For patients without insurance coverage, collection of payment is performed at the time of service (100% of charity care is written off)

- Bad debt write-offs (typically copays and deductibles) represent 30% of total gross revenue



**PAYOR MIX**

- BCBS 32%
- United Healthcare 19%
- Aetna 18%
- Cigna 10%
- Other Insurance 9%
- Self Pay 4%
- EMTALA Exam 4%
- Tricare 2%
- Humana 2%

**COMMERCIAL PAYERS**

- BlueCross BlueShield
- UnitedHealth Group
- Anthem
- aetna
- Cigna
- Humana

*CMS Not Currently Recognizing FECs*

## TOP CODES BILLED

| CODE | NAME | RATE | % TOTAL REVENUE |
|---|---|---|---|
| 99283 | EMER DEPT MODERATE SEVERITY | $1,161.77 | 17.4% |
| 99285 | EMER DEPT HIGH SEVERITY & THREAT FUNCJ | $1,936.00 | 16.9% |
| 99284 | EMER DEPT HIGH SEVERITY & URGENT EVAL | $1,452.01 | 15.2% |
| 74177 | CT ABDOMEN & PELVIS W/CONTRAST | $2,928.20 | 3.9% |
| 70450 | CT HEAD/BRN C-MATRL | $2,329.25 | 3.0% |
| 80053 | COMPRE METAB PANEL | $620.25 | 2.8% |
| 94760 | PULSE OX –N-INVAS EAR/PLS OXIMTRY F/O2 SAT I DETER | $126.31 | 2.4% |

**Billed Charges vs. Service Revenue**

| | FY 2013 | FY 2014 | YTD 2015 | Financial Model |
|---|---|---|---|---|
| Billed Charges | 46.2% | 47.2% | 48.4% | 48.0% |
| Net Service Revenue | 53.8% | 52.8% | 51.6% | 52.0% |


neighbors HEALTH SYSTEM

# ORGANIZATIONAL STRUCTURE





# NHS FACILITY FOOTPRINT



*Rapidly Growing Platform Based in Highly Attractive Markets*

MAP LEGEND
- Operating or Construction in Process
- Real Estate Contracted
- Identified Locations
- Existing / In-process State – FEC Model
- Planned Expansion State – FEC Model
- Planned Expansion State – Specialty Emergency Hospital
- Planned Expansion State – Other Model

Radius Rings
- 30 Miles
- 60 Miles
- 90 Miles

LT084073   CONFIDENTIAL

57


neighbors HEALTH SYSTEM

# NHS FACILITIES OVERVIEW – Active & 2015 Program

Facility base for NHS expected to continue ramping given robust pipeline of construction in-process and identified site locations

| # | Facility | Status | Location | Date | Sq Ft | Notes |
|---|---|---|---|---|---|---|
| | **ACTIVE OPERATIONAL CENTERS (2009-2015)** | | | | | |
| 1 | Bellaire (BEC) | Open | Houston, TX | 09/01/09 | 7,500 | Active Patient Care |
| 2 | Kingwood (KEC) | Open | Kingwood, TX | 04/18/11 | 7,500 | Active Patient Care |
| 3 | Baytown (BTEC) | Open | Baytown, TX | 04/20/12 | 10,000 | Active Patient Care |
| 4 | Pasadena (PDEC) | Open | Pasadena, TX | 07/01/13 | 6,983 | Active Patient Care |
| 5 | Pearland (PEC) | Open | Pearland, TX | 08/19/13 | 10,500 | Active Patient Care |
| 6 | Lakeline (LEC) | Open | Austin, TX | 07/15/14 | 8,000 | Active Patient Care |
| 7 | Copperfield (CEC) | Open | Houston, TX | 10/20/14 | 10,000 | Active Patient Care |
| 8 | Mueller (MEC) | Open | Austin, TX | 11/17/14 | 11,000 | Active Patient Care |
| 9 | Beaumont (BMEC) | Open | Beaumont, TX | 11/25/14 | 10,000 | Active Patient Care |
| 10 | Crosby (CREC) | Open | Crosby, TX | 05/09/15 | 10,500 | Active Patient Care |
| 11 | Orange (OEC) | Open | Orange, TX | 05/23/15 | 6,500 | Active Patient Care |
| 12 | N. Zaragoza (ZEC) | Open | El Paso, TX | 08/15/15 | 8,836 | Active Patient Care |
| 13 | Midland (MDEC) | Open | Midland, TX | 09/22/15 | 8,000 | Active Patient Care |
| | **2015 PROGRAM (REMAINING)** | | | | | |
| 14 | Tyler (TYEC) | Active Construction | Tyler, TX | 10/10/15 | 6,371 | 2015 - Quarter 4 |
| 15 | Edgemere (EEC) | Active Construction | El Paso, TX | 11/14/15 | 8,000 | 2015 - Quarter 4 |
| 16 | Odessa (ODEC) | Active Construction | Odessa, TX | 11/21/15 | 8,000 | 2015 - Quarter 4 |
| 17 | Port Arthur | Active Construction | Port Arthur, TX | 11/21/15 | 8,000 | 2015 - Quarter 4 |
| 18 | Texas City | Active Construction | Texas City, TX | 12/12/15 | 10,000 | 2015 - Quarter 4 |
| 19 | Harlingen | Active Construction | Harlingen, TX | 02/01/16 | 8,000 | 2015 - Quarter 4 |








neighbors HEALTH SYSTEM

# EL PASO (N. ZARAGOZA) (EL PASO, TEXAS)

- Newly opened center with strong initial performance (08/15/2015)
- Continued pro-forma growth and local marketing efforts

### FACILITY INFORMATION

- Address: 1540 N Zaragoza Road, El Paso, TX 79936
- Location Description: Free Standing Building
- Date Opened: August 2015
- Facility Number: 12
- Square Footage: ~8,500 sq. ft.
- Construction Cost: $2,246,957.00
- Lease Details: 120 months commencing on 11/10/14
- Staffing (Physician/RN/Other): 35 (10 / 6 /19)

### LOCAL MARKET STATISTICS (10 MILE RADIUS)

- Population:            679,036
- Est. Pop. Growth:      4.6%
- Median Income:         $41,406
- Retail Sales Potential: $7.9B

### KEY STATISTICS ($ IN MM)[1]



**PATIENTS PER DAY**

**8.96 PATIENTS** (48 Days of Operations)



REVENUE — 2015: $1.7, 2016: $8.6; % Growth (Y-o-Y): NA / 396.0%



EBITDA — 2015: $3.5, 2016: $3.6; % Margin: NM / 41.2%

[1] Represents financials based on fully ramped up model





Edgemere, (EEC)   N. Zaragoza, (ZEC)

FACILITY BUFFER RADIUS: 5 Miles, 10, 15, 20



neighbors HEALTH SYSTEM

LT084088

# CONSTRUCTION-IN-PROCESS | EDGEMERE (EL PASO, TEXAS)

- Opening early Q4/2015
- Strategically located next to hospital with long queues, creating market opportunity

### FACILITY INFORMATION

- Address: Northeast Corner Loop 375, El Paso, TX
- Location Description: Free Standing Building
- Date Opened: Est. November 2015
- Facility Number: 15
- Square Footage: 8,000 sq. ft.
- Cost incurred to date: $1.2M
- Estimated cost [1]: $2,036,020
- Lease Details: $46K / month; 144 months

### LOCAL MARKET STATISTICS (10 MILE RADIUS)

- Population: 679,036
- Est. Pop. Growth: 4.6%
- Median Income: $41,406
- Retail Sales Potential: $7.8B

[1] Includes up-front shell cost that Read King is purchasing





## EST. OPEN DATE NOV 2015



neighbors HEALTH SYSTEM