============ Forwarded message ============
From: Patrick Johnson <pjohnson@neighborshealth.com>
To: "Jermaine"<jb@unyglobe.com>
Date: Mon, 24 Oct 2016 04:37:07 -0700
Subject: RE: El Paso Infinity financials
============ Forwarded message ============

Please see attached Q3 results

**Patrick Johnson, MBA**
Director of Finance

**address** 10800 Richmond Ave. Houston, TX 77042
**office** 713.436.5200 | **fax** 713.436.5210
**cell** 713.855.5272 | NEC24.COM

**From:** Jermaine [mailto:jb@unyglobe.com]
**Sent:** Sunday, October 23, 2016 8:00 PM
**To:** Patrick Johnson <pjohnson@neighborshealth.com>
**Subject:** Re: El Paso Infinity financials

Thank you.

No one in my group received any communication from Mike Chang. Can you please forward it to me?

Jermaine

-------- Original message --------

From: Patrick Johnson <pjohnson@neighborshealth.com>

Date: 10/23/16 5:13 PM (GMT-08:00)

To: Jermaine <jb@unyglobe.com>

Subject: Re: El Paso Infinity financials

EXHIBIT
35

I will forward you tomorrow.

The Neighbirs Health chairman of the board, Mike Chang forwarded a communication to the investors.

Get Outlook for iOS

**Patrick Johnson, MBA**
Director of Finance

**address** 10800 Richmond Ave. Houston, TX 77042
**office** 713.436.5200 | **fax** 713.436.5210
**cell** 713.855.5272 | NEC24.COM

On Sun, Oct 23, 2016 at 5:12 PM -0500, "Jermaine" <jb@unyglobe.com> wrote:

Hello Patrick,

Would you send me all the financials report for the El Paso sites? I would like to see the year to date and month by month Jan - Sept.

Also, when we last spoke, you mentioned that Setul was going to send an email out to the investors regarding the revenue payout error. Any word on when that email is coming?

Thanks,

Jermaine



**Infinity Emergency Management Group LLC Financial Statements**

**Quarter 3 2016**

**Balance Sheet / Income Statement / Cash Flow**

Accrual Basis

## East Side & Zaragoza Financial Statements
## Combined Balance Sheet
As of September 30, 2016

| | EEC | ZEC | TOTAL |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Checking/Savings | | | |
| 10200 · BBVA Compass, Expense -4818 | 118,379.94 | 0.00 | 118,379.94 |
| 10300 · BBVA Compass, Income -4966 | 991,038.83 | 0.00 | 991,038.83 |
| 10200 · BBVA Compass, Expense - 2666 | 0.00 | 132,083.17 | 132,083.17 |
| 10300 · BBVA Compass, Income - 2895 | 0.00 | 231,249.69 | 231,249.69 |
| Total Checking/Savings | 1,109,418.77 | 363,332.86 | 1,472,751.63 |
| Accounts Receivable | | | |
| 13000 · Accounts Receivable | 7,110,784.91 | 5,340,106.96 | 12,450,891.87 |
| 13500 · Allowance for Doubtful Accounts | (6,207,935.06) | (3,916,359.19) | (10,124,294.25) |
| 13600 · Accounts Receivable - Suspense | 5,999.55 | 3,545.76 | 9,545.31 |
| Total Accounts Receivable | 908,849.40 | 1,427,293.53 | 2,336,142.93 |
| Other Current Assets | | | |
| 14000 · Prepaids and Other Crrt Assets | | | |
| 14100 · Prepaid, Deposits | 41,206.00 | 30,101.00 | 71,307.00 |
| 14200 · Prepaid, Rents | 0.00 | 18,222.39 | 18,222.39 |
| Total 14000 · Prepaids and Other Crrt Assets | 41,206.00 | 48,323.39 | 89,529.39 |
| 18000 · Intercompany Accounts | | | |
| 18088 · Due (To)/From EDMG | (48,055.29) | 0.00 | (48,055.29) |
| 18084 · Due (To)/From EDMG | 0.00 | (287,893.87) | (287,893.87) |
| Total 18000 · Intercompany Accounts | (48,055.29) | (287,893.87) | (335,949.16) |
| Total Other Current Assets | (6,849.29) | (239,570.48) | (246,419.77) |
| Total Current Assets | 2,011,418.88 | 1,551,055.91 | 3,562,474.79 |
| Fixed Assets | | | |
| 15000 · Property, Plant and Equipment | | | |
| 15300 · PPE, Furniture and Fixtures | 105,375.47 | 117,321.24 | 222,696.71 |
| 15500 · PPE, Leasehold Improvements | 2,317,338.74 | 2,585,828.50 | 4,903,167.24 |
| 15600 · PPE, Machinery and Equipment | 503,567.10 | 532,975.53 | 1,036,542.63 |
| Total 15000 · Property, Plant and Equipment | 2,926,281.31 | 3,236,125.27 | 6,162,406.58 |
| 16000 · Depreciation and (Accum Depr) | (213,625.36) | (273,829.00) | (487,454.36) |
| Total Fixed Assets | 2,712,655.95 | 2,962,296.27 | 5,674,952.22 |
| **TOTAL ASSETS** | **4,724,074.83** | **4,513,352.18** | **9,237,427.01** |

Accrual Basis

**East Side & Zaragoza Financial Statements**
# Combined Balance Sheet
### As of September 30, 2016

|  | EEC | ZEC | TOTAL |
|---|---|---|---|
| **LIABILITIES & EQUITY** | | | |
| Liabilities | | | |
| Current Liabilities | | | |
| Accounts Payable | | | |
| 20000 · Accounts Payable | 61,773.18 | 54,288.93 | 116,062.11 |
| Total Accounts Payable | 61,773.18 | 54,288.93 | 116,062.11 |
| Other Current Liabilities | | | |
| 21000 · Accrued Payroll | 37,584.00 | 43,435.00 | 81,019.00 |
| 22000 · ACCRUED TAX | | | |
| 22100 · Accrued Franchise Tax | 48,910.00 | 29,230.00 | 78,140.00 |
| Total 22000 · ACCRUED TAX | 48,910.00 | 29,230.00 | 78,140.00 |
| 23000 · Accrued Expenses | 72,088.00 | 63,860.00 | 135,948.00 |
| Total Other Current Liabilities | 158,582.00 | 136,525.00 | 295,107.00 |
| Total Current Liabilities | 220,355.18 | 190,813.93 | 411,169.11 |
| Long Term Liabilities | | | |
| 27200 · Note Payable, Key Bank | 2,616,693.52 | 2,884,525.02 | 5,501,218.54 |
| Total Long Term Liabilities | 2,616,693.52 | 2,884,525.02 | 5,501,218.54 |
| Total Liabilities | 2,837,048.70 | 3,075,338.95 | 5,912,387.65 |

Accrual Basis

**East Side & Zaragoza Financial Statements**
## Combined Balance Sheet
### As of September 30, 2016

| | EEC | ZEC | TOTAL |
|---|---:|---:|---:|
| **Equity** | | | |
| 33000 · Members Capital | | | |
| 33001 · Dharmesh Patel | 5,123.75 | 5,123.75 | 10,247.50 |
| 33002 · Cyril Gillman | 5,123.75 | 5,123.75 | 10,247.50 |
| 33003 · Andy Chen | 5,123.75 | 5,123.75 | 10,247.50 |
| 33004 · Setul Patel | 5,123.75 | 5,123.75 | 10,247.50 |
| 33006 · Paul Alleyne | 5,123.75 | 5,123.75 | 10,247.50 |
| 33007 · Hitesh Patel | 5,123.75 | 5,123.75 | 10,247.50 |
| 33008 · Michael Chang | 5,123.75 | 5,123.75 | 10,247.50 |
| 33009 · QSH Family LP | 5,123.75 | 5,123.75 | 10,247.50 |
| 33098 · Infinity Emergency Group LLC | 500,000.00 | 0.00 | 500,000.00 |
| 34000 · Neighbors GP LLC | 10.00 | 0.00 | 10.00 |
| 33098 · Infinity Emergency Management | 0.00 | 500,000.00 | 500,000.00 |
| 34000 · Neighbors GP | 0.00 | 10.00 | 10.00 |
| 33000 · Members Capital - Other | (1,000.00) | (1,000.00) | (2,000.00) |
| Total 33000 · Members Capital | 540,000.00 | 540,000.00 | 1,080,000.00 |
| 36000 · Distributions | | | |
| 36001 · Dharmesh Patel | (38,173.12) | (39,473.83) | (77,646.95) |
| 36002 · Cyril Gillman | (38,173.12) | (39,473.83) | (77,646.95) |
| 36003 · Andy Chen | (38,173.12) | (39,473.83) | (77,646.95) |
| 36004 · Setul Patel | (38,173.12) | (39,473.83) | (77,646.95) |
| 36006 · Paul Alleyne | (38,173.12) | (39,473.83) | (77,646.95) |
| 36007 · Hitesh Patel | (38,173.12) | (39,473.83) | (77,646.95) |
| 36008 · Michael Chang | (38,173.12) | (39,473.83) | (77,646.95) |
| 36009 · QSH Family LP | (38,173.12) | (39,473.83) | (77,646.95) |
| 36049 · Infinity Emergency Group LLC | (583,824.15) | 0.00 | (583,824.15) |
| 37000 · Neighbors GP LLC | (8,981.91) | (9,287.96) | (18,269.87) |
| 36049 · Infinity Emergency Management | 0.00 | (603,717.40) | (603,717.40) |
| Total 36000 · Distributions | (898,191.02) | (928,796.00) | (1,826,987.02) |
| 39000 · Retained Earnings | 199,215.31 | 582,015.27 | 781,230.58 |
| Net Income | 2,046,001.84 | 1,244,793.96 | 3,290,795.80 |
| **Total Equity** | 1,887,026.13 | 1,438,013.23 | 3,325,039.36 |
| **TOTAL LIABILITIES & EQUITY** | 4,724,074.83 | 4,513,352.18 | 9,237,427.01 |

Accrual Basis

## East Side & Zaragoza Financial Statements
## Combined Profit And Loss
### July through September 2016

| | EEC | ZEC | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| Income | | | |
| 40000 · Net Patient Service Revenue | | | |
| 40200 · Gross Facility Billings | 4,332,057.23 | 3,194,558.94 | 7,526,616.17 |
| 40400 · Adjustments | (203,733.68) | (130,097.89) | (333,831.57) |
| 40500 · Provision for Bad Debt | (2,411,838.45) | (1,369,149.03) | (3,780,987.48) |
| Total 40000 · Net Patient Service Revenue | 1,716,485.10 | 1,695,312.02 | 3,411,797.12 |
| Total Income | 1,716,485.10 | 1,695,312.02 | 3,411,797.12 |
| Gross Profit | 1,716,485.10 | 1,695,312.02 | 3,411,797.12 |
| Expense | | | |
| 60000 · OVERHEAD ALLOCATION | | | |
| 60100 · Administration Payroll | | | |
| Total 60000 · OVERHEAD ALLOCATION | 273,343.49 | 273,343.49 | 546,686.98 |
| 65000 · OPERATING EXPENSE | | | |
| 65100 · Advertising Expense | 119,630.03 | 118,094.40 | 237,724.43 |
| 65300 · Auto Expense | 173.08 | 148.75 | 321.83 |
| 65500 · Bank Charges | 6,782.57 | 7,111.61 | 13,894.18 |
| 65600 · Billing/Coding Expense | 77,700.87 | 65,261.96 | 142,962.83 |
| 65800 · Computer Expenses | 14,315.03 | 9,393.67 | 23,708.70 |
| 65900 · Contract Labor | 850.00 | 850.00 | 1,700.00 |
| 66000 · Dues and Subscriptions | 0.00 | 5,141.91 | 5,141.91 |
| 66400 · Insurance Expense | 54,463.36 | 32,007.37 | 86,470.73 |
| 66600 · Janitorial Expense | 14,933.77 | 12,998.93 | 27,932.70 |
| 66700 · Laboratory Fees | 7,544.08 | 14,771.64 | 22,315.72 |
| 66800 · Linen Expense | 7,552.25 | 5,917.90 | 13,470.15 |
| 66900 · Maintenance Expense | 12,247.02 | 10,252.26 | 22,499.28 |
| 67050 · Manager Payroll | 11,114.74 | 11,114.77 | 22,229.51 |
| 67100 · Meals for Employer Convenience | 12,363.26 | 12,700.84 | 25,064.10 |
| 67300 · Payroll Expense | 302,632.50 | 261,814.34 | 564,446.84 |
| 67400 · Radiology Expense | 17,003.00 | 13,914.65 | 30,917.65 |
| 67450 · Subsidy Expense | 182,710.51 | 267,528.02 | 450,238.53 |
| 67500 · Supplies Expense | 58,274.36 | 34,317.42 | 92,591.78 |
| 67800 · Travel, Meals | 0.00 | 36.16 | 36.16 |
| 67900 · Travel, Transportation | 0.00 | 207.94 | 207.94 |
| Total 65000 · OPERATING EXPENSE | 900,290.43 | 883,584.54 | 1,783,874.97 |

Accrual Basis

**East Side & Zaragoza Financial Statements**
# Combined Profit And Loss
### July through September 2016

| | EEC | ZEC | TOTAL |
|---|---|---|---|
| **70000 · ADMINISTRATION EXPENSE** | | | |
| 70200 · Depreciation Expense | 78,133.38 | 87,415.38 | 165,548.76 |
| 70300 · Equipment Lease Fees | 34,212.10 | 25,105.95 | 59,318.05 |
| 70400 · Facility Lease Fee | 124,120.11 | 103,846.08 | 227,966.19 |
| 70500 · Interest Expense | 38,611.81 | 41,379.81 | 79,991.62 |
| 70700 · Office Expense | 6,390.48 | 8,769.63 | 15,160.11 |
| 70800 · Payroll Fees | 3,123.58 | 3,031.32 | 6,154.90 |
| 71100 · Security Expense | 35,792.74 | 34,029.74 | 69,822.48 |
| 71200 · Telephone Expense | 2,325.08 | 4,194.90 | 6,519.98 |
| 71300 · Utility Expense | 7,374.63 | 10,759.68 | 18,134.31 |
| Total 70000 · ADMINISTRATION EXPENSE | 330,083.91 | 318,532.49 | 648,616.40 |
| **Total Expense** | 1,503,717.83 | 1,475,460.52 | 2,979,178.35 |
| **Net Ordinary Income** | 212,767.27 | 219,851.50 | 432,618.77 |
| Other Income/Expense | | | |
| Other Income | | | |
| 90000 · OTHER INCOME | | | |
| 90100 · Gain/Loss on Sale of Assets | 1,239.24 | 1,239.24 | 2,478.48 |
| Total 90000 · OTHER INCOME | 1,239.24 | 1,239.24 | 2,478.48 |
| Total Other Income | 1,239.24 | 1,239.24 | 2,478.48 |
| Other Expense | | | |
| 80000 · TAXES | | | |
| 80100 · Franchise Tax | 29,346.00 | 17,538.00 | 46,884.00 |
| 80200 · Property Tax | 0.00 | 0.00 | 0.00 |
| Total 80000 · TAXES | 29,346.00 | 17,538.00 | 46,884.00 |
| Total Other Expense | 29,346.00 | 17,538.00 | 46,884.00 |
| Net Other Income | (28,106.76) | (16,298.76) | (44,405.52) |
| **Net Income** | 184,660.51 | 203,552.74 | 388,213.25 |

Accrual Basis

# East Side & Zaragoza Financial Statements
## Combined Profit And Loss
### January through September 2016

| | EEC | ZEC | TOTAL YTD |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   Income | | | |
|     40000 · Net Patient Service Revenue | | | |
|       40200 · Gross Facility Billings | 15,661,580.65 | 12,177,095.06 | 27,838,675.71 |
|       40400 · Adjustments | (499,856.72) | (426,021.67) | (925,878.39) |
|       40500 · Provision for Bad Debt | (8,514,156.16) | (6,157,148.94) | (14,671,305.10) |
|     Total 40000 · Net Patient Service Revenue | 6,647,567.77 | 5,593,924.45 | 12,241,492.22 |
|   Total Income | 6,647,567.77 | 5,593,924.45 | 12,241,492.22 |
| **Gross Profit** | 6,647,567.77 | 5,593,924.45 | 12,241,492.22 |
|   Expense | | | |
|     60000 · OVERHEAD ALLOCATION | | | |
|     Total 60000 · OVERHEAD ALLOCATION | 977,015.62 | 977,017.57 | 1,954,033.19 |
|     65000 · OPERATING EXPENSE | | | |
|       65100 · Advertising Expense | 315,367.52 | 331,170.10 | 646,537.62 |
|       65300 · Auto Expense | 173.08 | 148.75 | 321.83 |
|       65500 · Bank Charges | 23,810.73 | 24,615.79 | 48,426.52 |
|       65600 · Billing/Coding Expense | 272,503.43 | 229,488.59 | 501,992.02 |
|       65800 · Computer Expenses | 25,844.97 | 15,766.01 | 41,610.98 |
|       65900 · Contract Labor | 5,950.00 | 5,950.00 | 11,900.00 |
|       66000 · Dues and Subscriptions | 9,238.42 | 30,475.79 | 39,714.21 |
|       66400 · Insurance Expense | 161,965.00 | 70,178.31 | 232,143.31 |
|       66600 · Janitorial Expense | 47,245.15 | 38,067.62 | 85,312.77 |
|       66700 · Laboratory Fees | 42,362.22 | 39,993.51 | 82,355.73 |
|       66800 · Linen Expense | 20,516.95 | 23,460.00 | 43,976.95 |
|       66900 · Maintenance Expense | 27,118.10 | 22,059.09 | 49,177.19 |
|       67050 · Manager Payroll | 11,114.74 | 11,114.77 | 22,229.51 |
|       67100 · Meals for Employer Convenience | 39,255.51 | 36,954.06 | 76,209.57 |
|       67300 · Payroll Expense | 904,828.46 | 709,230.21 | 1,614,058.67 |
|       67400 · Radiology Expense | 57,295.50 | 75,017.44 | 132,312.94 |
|       67450 · Subsidy Expense | 336,923.75 | 461,191.61 | 798,115.36 |
|       67500 · Supplies Expense | 177,108.96 | 146,704.82 | 323,813.78 |
|       67700 · Travel, Hotel | 57.29 | 57.29 | 114.58 |
|       67800 · Travel, Meals | 0.00 | 36.16 | 36.16 |
|       67900 · Travel, Transportation | 0.00 | 207.94 | 207.94 |
|     Total 65000 · OPERATING EXPENSE | 2,478,679.78 | 2,271,887.86 | 4,750,567.64 |

Accrual Basis

**East Side & Zaragoza Financial Statements**
# Combined Profit And Loss
### January through September 2016

| | EEC | ZEC | TOTAL YTD |
|---|---|---|---|
| **70000 · ADMINISTRATION EXPENSE** | | | |
| 70200 · Depreciation Expense | 201,229.38 | 236,947.38 | 438,176.76 |
| 70300 · Equipment Lease Fees | 135,695.08 | 83,608.25 | 219,303.33 |
| 70400 · Facility Lease Fee | 372,891.70 | 290,326.08 | 663,217.78 |
| 70500 · Interest Expense | 198,837.08 | 213,088.08 | 411,925.16 |
| 70700 · Office Expense | 23,056.71 | 30,645.98 | 53,702.69 |
| 70800 · Payroll Fees | 8,298.44 | 8,415.74 | 16,714.18 |
| 71000 · Professional Fees | 231.00 | 126.00 | 357.00 |
| 71100 · Security Expense | 116,158.92 | 114,800.52 | 230,959.44 |
| 71200 · Telephone Expense | 6,983.32 | 12,203.45 | 19,186.77 |
| 71300 · Utility Expense | 30,925.58 | 36,612.73 | 67,538.31 |
| Total 70000 · ADMINISTRATION EXPENSE | 1,094,307.21 | 1,026,774.21 | 2,121,081.42 |
| **Total Expense** | 4,550,002.61 | 4,275,679.64 | 8,825,682.25 |
| **Net Ordinary Income** | 2,097,565.16 | 1,318,244.81 | 3,415,809.97 |
| Other Income/Expense | | | |
| Other Income | | | |
| 90000 · OTHER INCOME | | | |
| 90100 · Gain/Loss on Sale of Assets | 3,867.95 | 3,867.98 | 7,735.93 |
| Total 90000 · OTHER INCOME | 3,867.95 | 3,867.98 | 7,735.93 |
| Total Other Income | 3,867.95 | 3,867.98 | 7,735.93 |
| Other Expense | | | |
| 80000 · TAXES | | | |
| 80100 · Franchise Tax | 55,431.27 | 44,818.81 | 100,250.08 |
| 80200 · Property Tax | 0.00 | 32,500.02 | 32,500.02 |
| Total 80000 · TAXES | 55,431.27 | 77,318.83 | 132,750.10 |
| Total Other Expense | 55,431.27 | 77,318.83 | 132,750.10 |
| Net Other Income | (51,563.32) | (73,450.85) | (125,014.17) |
| **Net Income** | **2,046,001.84** | **1,244,793.96** | **3,290,795.80** |

## East Side & Zaragoza Financial Statements
## Combined Statement Of Cash Flow
### July through September 2016

| | EEC | ZEC | TOTAL |
|---|---|---|---|
| **OPERATING ACTIVITIES** | | | |
| Net Income | 184,660.51 | 203,552.74 | 388,213.25 |
| Adjustments to reconcile Net Income | | | |
| to net cash provided by operations: | | | |
| 13000 · Accounts Receivable | 75,015.77 | 904,700.43 | 979,716.20 |
| 13500 · Allowance for Doubtful Accounts | 207,285.80 | (1,088,996.04) | (881,710.24) |
| 13600 · Accounts Receivable - Suspense | (12,239.55) | 6,114.56 | (6,124.99) |
| 14000 · Prepaids and Other Crrt Assets:14200 · Prepaid, Rents | 0.00 | 51,609.61 | 51,609.61 |
| 18000 · Intercompany Accounts:18088 · Due (To)/From EDMG | (89,109.02) | 0.00 | (89,109.02) |
| 20000 · Accounts Payable | (17,181.95) | (1,872.08) | (19,054.03) |
| 21000 · Accrued Payroll | 23,215.00 | 27,638.00 | 50,853.00 |
| 22000 · ACCRUED TAX:22100 · Accrued Franchise Tax | 29,346.00 | 17,538.00 | 46,884.00 |
| 23000 · Accrued Expenses | (19,780.00) | (14,536.00) | (34,316.00) |
| 18000 · Intercompany Accounts:18084 · Due (To)/From EDMG | 0.00 | (327,257.31) | (327,257.31) |
| **Net cash provided by Operating Activities** | 381,212.56 | (221,508.09) | 159,704.47 |
| **INVESTING ACTIVITIES** | | | |
| 15000 · Property, Plant and Equipment:15500 · PPE, Leasehold Improvements | (6,850.00) | (5,480.00) | (12,330.00) |
| 15000 · Property, Plant and Equipment:15600 · PPE, Machinery and Equipment | 0.00 | 45,000.00 | 45,000.00 |
| 16000 · Depreciation and (Accum Depr) | 66,813.00 | 76,095.00 | 142,908.00 |
| **Net cash provided by Investing Activities** | 59,963.00 | 115,615.00 | 175,578.00 |
| **FINANCING ACTIVITIES** | | | |
| 27200 · Note Payable, Key Bank | (16,667.00) | (18,373.00) | (35,040.00) |
| 36000 · Distributions:36001 · Dharmesh Patel | (32,552.15) | (28,030.92) | (60,583.07) |
| 36000 · Distributions:36002 · Cyril Gillman | (32,552.15) | (28,030.92) | (60,583.07) |
| 36000 · Distributions:36003 · Andy Chen | (32,552.15) | (28,030.92) | (60,583.07) |
| 36000 · Distributions:36004 · Setul Patel | (32,552.15) | (28,030.92) | (60,583.07) |
| 36000 · Distributions:36006 · Paul Alleyne | (32,552.15) | (28,030.92) | (60,583.07) |
| 36000 · Distributions:36007 · Hitesh Patel | (32,552.15) | (28,030.92) | (60,583.07) |
| 36000 · Distributions:36008 · Michael Chang | (32,552.15) | (28,030.92) | (60,583.07) |
| 36000 · Distributions:36009 · QSH Family LP | (32,552.15) | (28,030.92) | (60,583.07) |
| 36000 · Distributions:36049 · Infinity Emergency Group LLC | (497,856.45) | 0.00 | (497,856.45) |
| 36000 · Distributions:37000 · Neighbors GP LLC | (8,981.91) | (9,287.96) | (18,269.87) |
| 36000 · Distributions:36049 · Infinity Emergency Management | 0.00 | (428,708.15) | (428,708.15) |
| **Net cash provided by Financing Activities** | (783,922.56) | (680,616.47) | (1,464,539.03) |
| **Net cash increase for period** | (342,747.00) | (786,509.56) | (1,129,256.56) |
| **Cash at beginning of period** | 1,452,165.77 | 1,149,842.42 | 2,602,008.19 |
| **Cash at end of period** | 1,109,418.77 | 363,332.86 | 1,472,751.63 |



Edgemere Quarterly Patient Volume and Daily Average

Edgemere Dispositions



Edgemere ESI Levels



Zaragoza Quarterly Patient Volume and Daily Average



Zaragoza Dispositions



Zaragoza ESI Levels