



ENTERED
02/19/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § § **NEIGHBORS LEGACY HOLDINGS, INC.,** § §   Debtor. § § | **CASE NO. 18-33836-H1-11** (Chapter 11) | |
| **INFINITY EMERGENCY MANAGEMENT GROUP, LLC,** § § § §   *Plaintiff,* § § v. § § **SETUL G. PATEL, M.D., et al.,** § § §   *Defendants.* § | **ADV. P. NO. 18-3276** | |

## AGREED ORDER ON PLEADING AND MOTION DEADLINES

On January 31, 2020, at 1:30 p.m. the Court held a status conference to consider the status of the pleadings, including the pleadings of Mark Shapiro, Trustee of the Unsecured Creditors Trust of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates (the "Trust"). The Court set March 26, 2020 at 1:30 p.m. to hear cross-motions for summary judgment between the Trust and Infinity Emergency Management Group, LLC ("Infinity") on the issue of standing to bring derivative claims as between the Trust and Infinity. The Court agreed to allow Infinity to amend its complaint. The Court ordered consolidation of Adversary Proceeding No. 20-3017 with this Adversary Proceeding. The Court agreed to allow the Trust to amend its complaints to remove Infinity as a defendant from Adversary Proceeding No. 20-3016 case and add those claims against Infinity to this Adversary Proceeding. The Court asked the parties to submit a proposed agreed order incorporating these orders and setting deadlines for filing amended pleadings and cross-

motions for summary judgment. Therefore it is:

**ORDERED** that the Trust and Infinity shall file their amended complaints in this Adversary Proceeding on or before February 17, 2020. Further it is:

**ORDERED** that the Trust and Infinity shall file their cross-motions for summary judgment on the issue of ownership of derivative claims on or before March 2, 2020. Further it is:

**ORDERED** that the Trust and Infinity shall file their responses to cross-motions for summary judgment on or before March 23, 2020. Further it is:

**ORDERED** that the hearing on the cross-motions for summary judgment is set for March 26, 2020 at 9:00 a.m. Further it is:

**ORDERED** that Adversary Proceeding No. 20-3017 is hereby consolidated for all purposes into this Adversary Proceeding. Further it is:

**ORDERED** that the Trust shall amend its complaint in Adversary Proceeding No. 20-3016 on or before February 17, 2020 to remove claims against Infinity and amend its complaint in this Adversary Proceeding No. 18-3276 to bring those same claims against Infinity. Further it is:

**ORDERED** that the Defendants' deadline to respond to the Trust's and Infinity's complaints and amended complaints will be 20 days after the court rules on the cross-motions for summary judgment referenced above.

Signed: February 19, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED TO BY:

WAUSON | PROBUS

*/s/ Matthew B. Probus*

_____
Matthew B. Probus
State Bar No. 16341200
Fed. I.D. No. 10915
mbprobus@w-plaw.com
John Wesley Wauson
TBA# 20988200
jwwauson@w-plaw.com
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)
*COUNSEL FOR PLAINTIFF,*
 *INFINITY EMERGENCY MANAGEMENT GROUP, LLC*


WALSTON BOWLIN, LLP

*/s/ Cliff Walston*

_____
Cliff Walston
State Bar No. 24037666
cliff@walstonbowlin.com
4299 San Felipe Street, Suite 300
Houston, Texas 77027
(713) 300-8700 (Telephone)
(713) 583-5020 (Facsimile)
*COUNSEL FOR PLAINTIFF,*
*MARK SHAPIRO, TRUSTEE OF THE*
*UNSECURED CREDITORS TRUST OF*
*NEIGHBORS LEGACY HOLDINGS, INC.*
*AND ITS DEBTOR AFFILIATES*

ADAMS AND REESE, LLP

/s/ Staton M. Childers

---

Staton M. Childers
State Bar No. 00796348
Staton.childers@arlaw.com
Coleman M. Proctor
State Bar No. 24073536
LyondellBasell Tower
1221 McKinney, Suite 4400
Houston, Texas  77010
(713) 652-5151 (Telephone)
*COUNSEL FOR DEFENDANT,*
*NEIGHBORS INVESTMENT GROUP, LLC*


PRATT AND FLACK LLP

/s/ Paul D. Flack

---

Paul D. Flack
State Bar No. 00786930
pflack@prattflack.com
4306 Yoakum Blvd., Suite 500
Houston, TX 77006
(713) 705-3087 (Telephone)

Jarrod Martin
State Bar No. 24070221
Jarrod.martin@mhllp.com
McDowell Hetherington LLP
First City Tower, 1001 Fannin St,
Houston, TX 77002
(713) 337-5580 (Telephone)
*COUNSEL FOR DEFENDANT,*
*SETUL G. PATEL, M.D.*

JOHNSON DELUCA KURISKY & GOULD, P.C.

*/s/ Millard A. Johnson*

---

Millard A. Johnson
State Bar No. 10772500
mjohnson@jdkglaw.com
Sara J. Sherman
State Bar No. 24068168
ssherman@jdkglaw.com
1221 Lamar, Suite 1000
Houston, TX 77010
(713) 652-2525
*COUNSEL FOR DEFENDANTS,*
*PAUL ALLEYNE, M.D. AND CYRIL GILLMAN, M.D.*


MOYER PATTON


*/s/ Christina Minshew Lewis*

---

Christina Minshew Lewis
State Bar No. 24013170
clewis@mlpllp.com
11767 Katy Freeway, Suite 990
Houston, TX 77079
(832) 327-1180 (Telephone)
*COUNSEL FOR DEFENDANT,*
*DHARMESH PATEL, M.D.*

FOLEY GARDERE

*/s/ James G. Munisteri*

---

James G. Munisteri
State Bar No. 14667380
jmunisteri@foley.com
1000 Louisiana, Suite 2000
Houston, TX 77002
(713) 276-5500 (Telephone)

Jonathan Michael Thomas
State Bar No. 24066812
jmthomas@foley.com
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
(214) 999-4734 (Telephone)
*COUNSEL FOR DEFENDANTS,*
*MICHAEL CHANG, M.D.,*
*ANDY CHEN, M.D.,*
*QUANG HENDERSON, M.D.,*
*AND HITESH PATEL, M.D.*