

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/18/2021

| | | |
|---|---|---|
| IN RE: § | | |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** § | **CASE NO: 18-33836** | |
| *et al*, § | | |
| Debtors. § | **CHAPTER 11** | |
| § | | |
| **INFINITY EMERGENCY MANAGEMENT** § | | |
| **GROUP, LLC,** § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | **ADVERSARY NO. 18-3276** | |
| § | | |
| **NEIGHBORS HEALTH SYSTEM, INC.,** *et* § | | |
| *al*, § | | |
| Defendants. § | | |

## ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT ON STANDING

For the reasons set out in the Memorandum Opinion issued on this date:

1. Infinity's derivative claim is dismissed with prejudice to the extent it is based on allegations that defendants caused: (i) the Center LPs' entry into above-market-rate leases of real property; (ii) the Center LPs to retain Series LLC funds in Center LP bank accounts; or (iii) the Center LPs to retain facility fees billed by the Center LPs in Center LP accounts;

2. Infinity's summary judgment motion is denied; and

3. The Creditor Trustee and Infinity are granted leave to amend their complaints consistent with the Memorandum Opinion. Amended complaints must be filed by April 13, 2021.

SIGNED 03/18/2021

_____
Marvin Isgur
United States Bankruptcy Judge