

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/29/2021

| | | |
|---|---|---|
| In Re: | § § | Chapter 11 |
| NEIGHBORS LEGACY HOLDINGS, INC., | § § § § | Case No. 18-33836-H1-11 |
| Debtor. | § § | |
| INFINITY EMERGENCY MANAGEMENT GROUP, LLC, GROUP, LLC, Individually and as Class B Non-Voting Members on Behalf of NHS Emergency Centers, LLC Series 114 - Eastside and NHS Emergency Centers, LLC Series 115 – Zaragoza, | § § § § § § § § § | |
| *Plaintiff*, | § § | Adversary No. 18-03276 |
| v. | § § | |
| TENSIE AXTON, Trustee of the NLH Liquidating Trust, representative and successor-in-interest to Neighbors Health System, Inc. and NHS Emergency Centers, LLC, et al., | § § § § § § | |
| *Defendants.* | § § | |
| MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| NEIGHBORS LEGACY HOLDINGS, INC., et al., | § § § § | |
| *Defendants.* | § § | |

**AGREED ORDER SETTING COMPLAINT RESPONSE DEADLINE**

The court has considered, and hereby GRANTS the Corrected Agreed Motion for Order Setting Complaint Response Deadline.  The Non-Infinity Defendants[1] shall respond to the Trustee's First Amended Complaint (DE 085) and the Plaintiff's Fifth Amended Complaint filed by Infinity Emergency Management Group, LLC (DE 102) by June 1, 2021.

Signed:  April 29, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] The Non-Infinity Defendants are Defendants Setul G. Patel, M.D., Paul Alleyne, M.D., Cyril Gilman, M.D., Michael Chang, M.D., Andy Chen, M.D., Quang Henderson, M.D., Hitesh Patel, M.D., Dharmesh Patel, M.D., QSH Family LP, Girish Capital, LLC, and Neighbors Investment Group, LLC.