

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/06/2021

| | | |
|---|---|---|
| **In Re:** § | Chapter 11 | |
| § | | |
| **NEIGHBORS LEGACY HOLDINGS,** § | Case No. 18-33836-H1-11 | |
| **INC.** § | | |
| § | | |
| **Debtor.** § | | |
| **INFINITY EMERGENCY** § | | |
| **MANAGEMENT GROUP, LLC,** § | | |
| **GROUP, LLC, Individually and as Class B** § | | |
| **Non-Voting Members on Behalf of** § | | |
| **NHS Emergency Centers, LLC Series 114** § | | |
| **Eastside and NHS Emergency Centers, LLC** § | | |
| **Series 115 — Zaragoza,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | **Adversary No. 18-03276** | |
| v. § | | |
| § | | |
| **TENSIE AXTON, Trustee of the** § | | |
| **NLH Liquidating Trust, representative and** § | | |
| **successor-in-interest to** § | | |
| **Neighbors Health System, Inc. and** § | | |
| **NHS Emergency Centers, LLC, et al.,** § | | |
| § | | |
| *Defendants.* § | | |
| **MARK SHAPIRO, TRUSTEE** § | | |
| **OF THE UNSECURED CREDITOR** § | | |
| **TRUST OF NEIGHBORS LEGACY** § | | |
| **HOLDINGS, INC. AND ITS DEBTOR** § | | |
| **AFFILIATES,** § | | |
| § | | |
| *Plaintiff*, § | | |
| v. § | | |
| § | | |
| **NEIGHBORS LEGACY HOLDINGS,** § | | |
| **INC., et al.,** § | | |
| § | | |
| *Defendants*. § | | |

**AGREED ORDER SETTING COMPLAINT RESPONSE DEADLINE**
[Relates to Document No. _____]

1

2

The court has considered, and hereby GRANTS the Agreed Motion for Order Setting Complaint Response Deadline. Tensie Axton, Trustee of the NLH Liquidating Trust, representative and successor-in-interest to Neighbors Health System, Inc. ("Axton") and NHS Emergency Centers, LLC, et al shall respond to the Trustee's First Amended Complaint [Docket No. 85] and the Plaintiff's Fifth Amended Complaint filed by Infinity Emergency Management Group, LLC [Docket No. 102] by June 1, 2021.

Signed: May 06, 2021

Marvin Isgur
United States Bankruptcy Judge