IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEIGHBORS LEGACY HOLDINGS, INC., | § | CASE NO. 18-33836-H1-11 |
| | § | (Chapter 11) |
| Debtor. | § | |
| | | |
| MARK SHAPIRO, TRUSTEE | § | |
| OF THE UNSECURED CREDITOR TRUST | § | |
| OF NEIGHBORS LEGACY HOLDINGS, | § | |
| INC. AND ITS DEBTOR AFFILIATES | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | ADV. P. NO. 18-03276 |
| | § | |
| NEIGHBORS LEGACY HOLDINGS, INC.; | § | |
| NEIGHBORS GLOBAL HOLDINGS, LLC; | § | |
| NEIGHBORS HEALTH, LLC; | § | |
| NHS EMERGENCY CENTERS, LLC | § | |
| NEIGHBORS GP, LLC; | § | |
| SETUL G. PATEL, M.D., Individually and | § | |
| in his capacity as officer and director; | § | |
| PAUL ALLEYNE, M.D., Individually and | § | |
| in his capacity as officer and director; | § | |
| CYRIL GILLMAN, M.D., Individually and | § | |
| in his capacity as officer and director; | § | |
| MICHAEL CHANG, M.D., Individually and | § | |
| in his capacity as officer and director; | § | |
| ANDY CHEN, M.D., Individually and | § | |
| in his capacity as officer and director; | § | |
| QUANG HENDERSON, M.D., Individually and | § | |
| in his capacity as officer and director; | § | |
| HITESH PATEL, M.D., Individually and | § | |
| in his capacity as officer and director; | § | |
| DHARMESH PATEL, M.D., Individually and | § | |
| in his capacity as officer and Director, | § | |
| GIRISH CAPITAL, LLC | § | |
| | § | |
| *Defendants.* | § | |

**<u>TRUSTEE'S SUPPLEMENT TO FIRST
AMENDED COMPLAINT</u>**

TO THE HONORABLE MARVIN ISGUR, U.S. BANKRUPTCY JUDGE: COMES NOW, PLAINTIFF MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES and files this Supplement to his First Amended Complaint, and would show as follows:

1.  In addition to his other allegations listed in the First Amended Complaint (Dkt. 85), Plaintiff Trustee Mark Shapiro files this supplement to specifically identify the Transfers alleged to have been received by Infinity Emergency Management Group, LLC[1] using the below table:

| Journal Entry | General Ledger Date | Paid Date | Account Number | Payor | Amount |
|---|---|---|---|---|---|
| 6387 | 4/30/16 | 4/12/16 | 4015-36098-0000 | NEC Eastside Emergency Center LP | $85,967.70 |
| 6482 | 4/30/16 | 4/12/16 | 4012-36098-0000 | NEC Zaragoza Emergency Center, LP | $175,009.25 |
| 6390 | 7/31/16 | 7/14/16 | 4015-36098-0000 | NEC Eastside Emergency Center LP | $497,856.45 |
| 6845 | 7/31/16 | 7/14/16 | 4012-36098-0000 | NEC Zaragoza Emergency Center, LP | $428,708.15 |
| 6381 | 10/31/16 | 10/19/16 | 4015-36098-0000 | NEC Eastside Emergency Center LP | $418,972.94 |
| 44209 | 3/31/17 | 4/18/17 | 4015-36098-0000 | NEC Eastside Emergency Center LP | $229,123.83 |
| 81778 | 6/30/17 | 7/17/17 | 4015-36098-0000 | NEC Eastside Emergency Center LP | $275,678.65 |
| 176046 | 3/31/18 | 4/12/18 | 4015-36098-0000 | NEC Eastside Emergency Center LP | $102.294.00 |

---

[1] Plaintiff incorporates the above allegations into his First Amended Petition.

Respectfully Submitted,

**WALSTON BOWLIN, LLP**

*/s/ Clifford H. Walston*
CLIFFORD WALSTON
cliff@walstonbowlin.com
State Bar No. 24037666
4299 San Felipe Street, Suite 300
Houston, Texas 77027
(713) 300-8700
(713) 583-5020 Fax
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on all counsel of record through the Court's e-filing system on May 26, 2021.

*/s/ Cliff Walston*
Cliff Walston