

ENTERED
06/23/2021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** | § § § | **CASE NO. 18-33836-H1-11** **(Chapter 11)** |
| Debtor. | § | |
| **INFINITY EMERGENCY MANAGEMENT GROUP, LLC, Individually and as Class B NON-VOTING MEMBERS ON BEHALF OF NHS EMERGENCY CENTERS, LLC SERIES 114 – Eastside and NHS Emergency Centers, LLC Series 115 – Zaragoza** | § § § § § § § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | **ADV. P. NO. 18-3276** |
| **TENSIE AXTON, Trustee of the NLH Liquidating Trust, representative and Successor-in-interest to Neighbors Health System, Inc. and NHS Emergency Centers, LLC et. al** | § § § § § § § § | |
| *Defendants.* | § | |
| **MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES** | § § § § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** Et al. | § § § | |
| *Defendant* | § § | |

### AGREED ORDER SETTING MOTION RESPONSE DEADLINE

Mark Shapiro, Trustee of the Unsecured Creditor Trust of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates, shall respond to the Setul Patel's Motion to Dismiss (Dkt. 125) by June 24, 2021.

Signed: June 23, 2021



Marvin Isgur
United States Bankruptcy Judge