IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 02, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 18-33836** |
| NEIGHBORS LEGACY HOLDINGS, INC., et al., | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |
| | § | |
| _____ | § | |
| | § | |
| INFINITY EMERGENCY MANAGEMENT GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 18-3276** |
| | § | |
| NEIGHBORS HEALTH SYSTEM, INC. et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER ON MOTIONS TO DISMISS

For the reasons given in the Memorandum Opinion issued on this date:

1. The following claims asserted by Infinity are dismissed with prejudice:

    a. Derivative Breach of Fiduciary Duty, Negligent and Gross Mismanagement, and Abuse of Control;

    b. Negligence and Gross Negligence;

    c. Fraud and Fraudulent Inducement;

    d. Conspiracy and Aiding and Abetting Common Law Fraud; and

    e. Violations of the Texas Securities Act against the Neighbors O&Ds other than Dr. Setul Patel and Dr. Paul Alleyne.

2. The Creditor Trustee's fraudulent transfer claims are dismissed without prejudice.

3. The Creditor Trustee is granted leave to amend.


SIGNED 09/02/2022

_____
Marvin Isgur
United States Bankruptcy Judge